Matter of Charles L. v State of New York (2023 NY Slip Op 05074)

Matter of Charles L. v State of New York

2023 NY Slip Op 05074

Decided on October 6, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 6, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., LINDLEY, OGDEN, NOWAK, AND DELCONTE, JJ.

675 CA 22-01543

[*1]IN THE MATTER OF CHARLES L., PETITIONER-APPELLANT,
v
STATE OF NEW YORK, RESPONDENT-RESPONDENT. (APPEAL NO. 1.) 

ELIZABETH S. FORTINO, DIRECTOR, MENTAL HYGIENE LEGAL SERVICE, UTICA (PATRICK T. CHAMBERLAIN OF COUNSEL), FOR PETITIONER-APPELLANT. 
LETITIA JAMES, ATTORNEY GENERAL, ALBANY (KATHLEEN M. TREASURE OF COUNSEL), FOR RESPONDENT-RESPONDENT. 

 Appeal from an order of the Supreme Court, Oneida County (Gerard J. Neri, J.), entered September 12, 2022, in a proceeding pursuant to Mental Hygiene Law article 10. The order denied the request for an in-person evidentiary hearing and directed an evidentiary hearing on submission. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs.
Same memorandum as in Matter of Charles L. v State of New York ([appeal No. 2] — AD3d — [Oct. 6, 2023] [4th Dept 2023]).
Entered: October 6, 2023
Ann Dillon Flynn
Clerk of the Court